**FILED**

AUG 2 5 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

USMS-N/OK RCVD:
AUG 19 2025 PM1:14

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25 CR - 2 9 4 JFH |
| | ) | |
| JIMMY RAY SPENCER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JIMMY RAY SPENCER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. § 853 – Drug Forfeiture

Date: AUG 1 9 2025

_____
*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8-20-2025 , and the person was arrested on *(date)* 8-21-2025 |
| At *(city and state)* TULSA, OK |
| Date: 8-21-2025 |

_____
*Arresting officer's signature*

EVAN FOSTER DEA TFO
*Printed name and title*

DAN/kj